IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE D. ZENUH, an individual, : | CIVIL ACTION NO. 2:16-cv-1679 |
| Plaintiff : | |
| v. : | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; SERVICEMEMBERS' AND VETERANS' GROUP LIFE INSURANCE; OFFICE OF SERVICEMEMBERS' GROUP LIFE INSURANCE, and TRACY BALLIET, an individual, : | |
| Defendants. : | |

## VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Catherine D. Zenuh hereby voluntarily dismisses Defendants Servicemembers' and Veterans' Group Life Insurance and Office of Servicemembers' Group Life Insurance, WITHOUT PREJUDICE, as parties to this action. None of the defendants has filed an answer or counterclaim.

Respectfully submitted,

MCKAY & ASSOCIATES, P.C.

s/Joan Shinavski
Joan Shinavski, Esquire
PA ID No. 90978

Donald J. McKay, Esquire
PA ID No. 203132

Unicorn Professional Plaza
3755 Library Road, Suite 301
Pittsburgh, PA  15234
Telephone:  (412) 344-6113
Facsimile:  (412) 344-6114
Attorneys for Plaintiff